## ARRINGTON v. WARDEN, MARYLAND PENITENTIARY

[App. No. 1, September Term, 1969.]

*Decided April 30, 1969.*

Before HAMMOND, C. J., and BARNES, FINAN, SINGLEY and SMITH, JJ.

PER CURIAM.

The application of Theodore R. Arrington for leave to appeal from denial of Post Conviction relief by Judge Joseph R. Byrnes on February 15, 1967 is denied. Each contention of applicant has either been decided against him in a previous post conviction hearing, *Arrington v. Warden,* 232 Md. 672, or was properly decided against him by Judge Byrnes for the reasons set out in his opinion.

*Application denied.*